**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                                12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**    Education Corporation of America

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   3 6 – 4 2 7 8 0 5 2
   EIN

5. **Debtor's address**

   **Principal place of business**

   3600    Grandview Parkway
   Number    Street

   Birmingham          AL 35243
   City                State ZIP Code

   Jefferson
   County

   **Mailing address, if different**

   c/o    John F. Kennedy, Receiver
   Number    Street

   231 Riverside Drive
   P.O. Box

   Macon              GA 31201
   City                State ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City                State ZIP Code

Debtor    Education Corporation of America          Case number (if known)_____
          Name

6. **Debtor's website** (URL)    www.ecacolleges.com (disabled)

7. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [x] No
   - [ ] Yes. Debtor _____ Relationship _____
         District _____ Date filed _____ Case number, if known _____
                                 MM / DD / YYYY

         Debtor _____ Relationship _____
         District _____ Date filed _____ Case number, if known _____
                                 MM / DD / YYYY

**Part 3:    Report About the Case**

10. **Venue**

    Check one:
    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor __Education Corporation of America__    Case number (if known) _____
        Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Monroe Capital Private Credit Fund II LP | Lender under Agented loan facility | $ 1,505,143.35 such amount is partially secured |
| Reputation Partners LLC | Services | $ 55,872.05 |
| BSF Richmond, LP | Rent and Related Charges | $ 1,405,044.41 |
|  | Total of petitioners' claims | $ 2,966,059.81 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

__Monroe Capital Private Credit Fund II LP__
Name

__311 S. Wacker Drive, 64th Floor__
Number  Street

__Chicago__       __IL__      __60606__
City             State     ZIP Code

Name and mailing address of petitioner's representative, if any

__Michael Egan, EVP__
Name

__311 S. Wacker Drive, 64th Floor__
Number  Street

__Chicago__       __IL__      __60606__
City             State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/06/2020__
            MM / DD / YYYY

✗ _/s/ signature_  EVP
Signature of petitioner or representative, including representative's title

**Attorneys**

__Jeremy W. Ryan__
Printed name

__Potter Anderson & Corroon LLP__
Firm name, if any

__1313 N. Market Street, Sixth Floor__
Number  Street

__Wilmington__       __DE__     __19801__
City                 State    ZIP Code

Contact phone __(302) 984-6000__  Email __jryan@potteranderson.com__

Bar number __4057__

State __Delaware__

✗ _/s/ signature_
Signature of attorney

Date signed __01/06/2020__
            MM / DD / YYYY

Debtor  **Education Corporation of America**     Case number (if known) _____
        Name

---

**Name and mailing address of petitioner**

Reputation Partners LLC
Name

30 W. Monroe Street, Suite 1410
Number    Street

Chicago          IL       60603
City             State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nick Kalm, Founder & President
Name

30 W. Monroe Street, Suite 1410
Number    Street

Chicago          IL       60603
City             State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/06/2020
        MM / DD / YYYY

X _/s/ N. B. K_____
Signature of petitioner or representative, including representative's title
FOUNDER, PRESIDENT

---

Jeremy W. Ryan
Printed name

Potter Anderson & Corroon LLP
Firm name, if any

1313 N. Market Street, Sixth Floor
Number    Street

Wilmington       DE       19801
City             State    ZIP Code

Contact phone  (302) 984-6000   Email  jryan@potteranderson.com

Bar number  4057

State  Delaware

X _/s/ Jeremy W. Ryan_____
Signature of attorney

Date signed  01/06/2020
        MM / DD / YYYY

---

**Name and mailing address of petitioner**

BSF Richmond, LP
Name

c/o Bond Companies, 350 W. Hubbard Street
Number    Street

Chicago          IL       60654
City             State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Rob Bond, Authorized Signatory
Name

350 W. Hubbard Street
Number    Street

Chicago          IL       60654
City             State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/06/2020
        MM / DD / YYYY

X _/s/ Rob Bond_____
Signature of petitioner or representative, including representative's title

---

Jeremy W. Ryan
Printed name

Potter Anderson & Corroon LLP
Firm name, if any

1313 N. Market Street, Sixth Floor
Number    Street

Wilmington       DE       198014
City             State    ZIP Code

Contact phone  (302) 984-6000   Email  jryan@potteranderson.com

Bar number  4057

State  Delaware

X _/s/ Jeremy W. Ryan_____
Signature of attorney

Date signed  01/06/2020
        MM / DD / YYYY

---