**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EDUCATION CORPORATION OF AMERICA, | ) ) ) | Case No. _____ ( ) |
| Alleged Debtor. | ) ) |  |

**PETITIONING CREDITORS' STATEMENT**
**REGARDING CORPORATE OWNERSHIP**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, each of the following petitioning creditors hereby identifies the following entities as each owning (directly or indirectly) 10% or more of any class of such petitioning creditor's equity interest:

(i)     Monroe Capital Private Fund II LP - not required pursuant to Fed. R. Bank. P. 7007.1(a); *see also* Fed. R. Bankr. P. 101(9)(B);

(ii)    BSF Richmond, LP – not required pursuant to Fed. R. Bank. P. 7007.1(a); *see also* Fed. R. Bankr. P. 101(9)(B); and

(iii)   Reputation Partners, LLC – no corporation directly or indirectly owns 10% or more of any class of Reputation Partners, LLC's equity interests.

IMPAC 6532179v.1

| | |
|---|---|
| Dated:  January 6, 2020<br>        Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ R. Stephen McNeill*<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, Delaware  19801<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>            rmcneill@potteranderson.com<br><br>    -and-<br><br>**VEDDER PRICE P.C.**<br>Michael M. Eidelman *pro hace vice pending*<br>222 N. LaSalle Street, Suite 2600<br>Chicago, Illinois  60601<br>Telephone:  (312) 609-7500<br>Facsimile:  (312) 609-5005<br>Email:  meidelman@vedderprice.com<br><br>*Attorney for the Petitioning Creditors* |