IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDUCATION CORPORATION | ) | Case No. 20-10034 (BLS) |
| OF AMERICA, | ) | |
| | ) | |
| Alleged Debtor. | ) | **Re: Docket Nos. 8 & 9** |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                                      : SS.
NEW CASTLE COUNTY  :

      Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 27th day of January, 2020, she caused a copy of the following documents to be served in the manner indicated upon the parties on the attached list:

*Receiver's Emergency Motion for Entry of an Order (I)(A) Confirming That Receiver is Not Required to Comply with Bankruptcy Code § 543, Or, in the Alternative, (B) Excusing Receiver's Compliance Therewith Pursuant to Subsection 543(d)*
**[Docket No. 8]**

*Receiver's Motion to Expedite Receiver's Emergency Motion for Entry of an Order (I)(A) Confirming That Receiver is Not Required to Comply with Bankruptcy Code § 543, Or, in the Alternative, (B) Excusing Receiver's Compliance Therewith Pursuant to Subsection 543(d)*
**[Docket No. 9]**

_____
Ann Jerominski, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 29th day of January, 2020.

_____
Notary Public

*[Notary seal: BARBARA J. WITTERS, MY COMMISSION EXPIRES DECEMBER 19, 2020, NOTARY PUBLIC, STATE OF DELAWARE]*

SERVICE LIST

VIA OVERNIGHT MAIL (NON-LOCAL)
VIA HAND DELIVERY (LOCAL)

Jerrell Smith & R. Dailey on behalf of
themselves & all others similarly situated
c/o Outten & Golden LLP
Attn: Jack A Raisner & Rene S Roupinian
685 3rd Ave, 25th Fl
New York, NY 10017

Monroe Capital LLC, et al.
c/o Katten Muchin Rosenman LLP
Attn: Geoff King
525 W Monroe St
Chicago, IL 60661

Kaplan Higher Education, LLC
Attn: Joe A. Joseph
420 20th St N, Ste 3400
Birmingham, AL 35203

Deborah Santos and Pamala Miller
Obo Class and State of California
c/o Hammondlaw, P.C.
Attn: Julian A. Hammond
1829 Reisterstown Rd, Ste 410
Baltimore, MD 21208

Thomas D. Gordon and Thomas P. Gallagher
as Co-Trustees of the Don Levin Trust
Dated Aug. 30, 1991 As Amended
c/o Stearns Weaver Miller, Et Al.
Attn: John N Muratides
P.O. Box 3299
Tampa, FL 33601

NC Pensacola, LLC
c/o Hutchens Law Firm LLP
Attn: William Walt Pettit
6230 Fairview Rd, Ste 315
Charlotte, NC 28210

BVB-NC, LLC
c/o Hutchens Law Firm LLP
Attn: William Walt Pettit
6230 Fairview Rd, Ste 315
Charlotte, NC 28210

| | |
|---|---|
| BSF Richmond, LP<br>c/o Bond Companies<br>Attn: Rob Bond<br>350 West Hubbard St, Ste 450<br>Chicago, IL 60654 | CKS-VCC LLC<br>c/o Haynsworth Sinkler Boyd, Pa<br>Attn: Stanley H. Mcguffin<br>P.O. Box 11889<br>Columbia, SC 29211-1889 |
| | National University<br>c/o Procopio, Cory, Hargreaves & Savitch LLP<br>Attn: Rebecca L. Reed<br>525 B St, Ste 2200<br>San Diego, CA 92101 |
| Pierre Bossier Mall, LLC<br>c/o Brookfield Property Reit, Inc<br>Attn: Julie Minnick Bowden<br>350 N Orleans St, Ste 300<br>Chicago, IL 60654-1607 | G & G Holdings, LLC as successor to 7 Angels, LLC<br>c/o Hutchens Law Firm LLP<br>Attn: William Walt Pettit<br>6230 Fairview Rd, Ste 315<br>Charlotte, NC 28210 |
| Savannah Mall Realty Holding, LLC<br>c/o Meyers, Roman, Friedberg & Lewis<br>Attn: David Neumann<br>28601 Chagrin Blvd, Ste 600<br>Cleveland, OH 44122 | CMS Edu II Huntsville, L.P.<br>c/o Lanier Ford<br>Attn: Lauren A Smith/ Tracy A Marion<br>2101 Clinton Ave W, Ste 102<br>Huntsville, AL 35805 |
| Palmer Enterprises, Inc.<br>Attn: G.J. Palmer, Jr<br>P.O. Box 1865<br>Austin, TX 78767 | CMS EDU II Spartanburg, L.P.<br>c/o Thomerson & Rogers P.C.<br>Attn: Allison Rogers, Esq.<br>P.O. Box 478<br>Greenville, SC 29602 |

| | |
|---|---|
| BH Franklin LLLP<br>c/o Sirlin Lesser & Benson, P.C.<br>Attn: Dana S Plon<br>123 S Broad St, Ste 2100<br>Philadelphia, PA 19109 | Google LLC<br>c/o White and Williams LLP<br>Attn: James C. Vandermark, Esq<br>1650 Market St, Ste 1800<br>Philadelphia, PA 19103 |
| American Autowash, LLC; American Autowash Express, LLC; Foam Zone, LLC<br>c/o Mcafee & Taft A Professional Corp<br>Attn: Curtis Thomas<br>10th Fl 2 Leadership Sq<br>211 N Robinson<br>Oklahoma City, OK 73102 | Deborah Carmona Shipp<br>c/o Gorman Law Firm, Pllc<br>Attn: Terry P. Gorman<br>901 Mopac Expwy S, Ste 300<br>Austin, TX 78746 |
| Monroe Capital Private Credit Fund II LP<br>Attn: Michael Egan, EVP<br>311 S. Wacker Drive, 64th Floor<br>Chicago, IL 60606 | Jeremy W. Ryan<br>R. Stephen McNeill<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801 |
| Reputation Partners LLC<br>Attn: Nick Kalm, Founder & President<br>30 W. Monroe Street, Suite 1410<br>Chicago, IL 60603 | |
| Tarrant County & Dallas County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Bexar County & City of El Paso<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Don Stecker<br>112 E. Pecan Street<br>Suite 2200<br>San Antonio, TX 78205 |

LF1 22812376v.1


| | |
|---|---|
| Nueces County, City of McAllen, Hidalgo County & Cameron County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane Wade Sanders<br>P. O. Box 17428<br>Austin, TX 78760 | David L. Buchbinder<br>Office of the United States Trustee<br>for the District of Delaware<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |