## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE



**BRENDAN LINEHAN SHANNON**
**JUDGE**

**824 N. MARKET STREET**
**WILMINGTON, DELAWARE**
**(302) 252-2900**

February 6, 2020

Jeremy W. Ryan, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O Box 951
Wilmington, DE 19801

Daniel J. DeFranceschi, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

      Re:   In re: Education Corporation of America
               Case No. 20-10034 (BLS)

Dear Counsel:

      This letter follows upon our status conference held this morning, February 6, 2020 in the above matter. At the status conference, counsel for the petitioning creditors requested that the Court schedule a trial for mid-March on the petitioning creditors' Motion for Appointment of Chapter 11 Trustee [Docket No. 26] and the Receiver's Motion for Abstention from Involuntary Petition Under 11 U.S.C. Section 305, or Alternatively Dismissal Under 11 U.S.C. Sections 303 & 1112(b) (the "Motion to Dismiss") [Docket No. 10]. In response, the Receiver has requested a prompt hearing on the request for abstention with little or no discovery, in advance of a larger hearing on the Motion to Appoint a Chapter 11 Trustee and the Motion to Dismiss the involuntary petition.

      The Receiver contends that the determination of whether this Court is inclined to abstain in favor of proceedings in Georgia is a gating question, such that the parties should not incur the additional expense of discovery and briefing on the other motions prior to an answer on abstention. The petitioning creditors respond that all of the competing Motions involve the same or similar facts and issues, and should be decided together.

Jeremy W. Ryan, Esquire
Daniel J. DeFranceschi, Esquire
David L. Buchbinder, Esquire
February 6, 2020
Page 2

      The Court believes the Receiver's position and proposal is well-founded. It appears to the Court that little or no discovery is necessary to present the abstention issue to this Court for decision. If the Court abstains, the parties will proceed further in Georgia. If the Court declines to abstain, a prompt hearing on the Motion to Dismiss and Motion for Appointment of a Chapter 11 Trustee can be scheduled here. Accordingly, I request that the parties contact my Chambers for a hearing date on the abstention question to occur in the week of the 17th of February.

Very truly yours,

Brendan Linehan Shannon
United States Bankruptcy Judge

BLS/jmw
cc:    The Honorable Tilmon E. Self, III (via email)