IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EDUCATION CORPORATION ) | Case No. 20-10034 (BLS) |
| OF AMERICA, ) | |
| ) | **RE: D.I. 1** |
| Alleged Debtor. ) | |
| ) | |

## ORDER DISMISSING CASE

The Court having considered the motion (the "Motion") of the Receiver[1] in the above-captioned bankruptcy case (the "Bankruptcy Case") for abstention from the involuntary petition pursuant to 11 U.S.C. § 305, or alternatively to dismiss under 11 U.S.C. § 303 or 1112; and the Court having considered the Petitioning Creditors' motion to dismiss the involuntary chapter 11 petition (the "Petitioning Creditors' Motion"); the Court having jurisdiction over the Motion and Petitioning Creditors' Motion pursuant to 28 U.S.C. §§ 1334 and 157(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; the Court having determined that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that the Court can enter a final order consistent with Article III of the United States Constitution; the Court having found that notice of the Motion and Petitioning Creditors' Motion was appropriate; and after notice and a hearing having been held on February 19, 2020, on the Motion and Petitioning Creditors' Motion; and the Court being satisfied that good grounds exist for abstention and dismissal for the reasons stated at the hearing; after due deliberation and sufficient cause appearing therefor it is hereby:

---

[1] Unless otherwise defined herein, capitalized terms used in this Order shall have the meanings ascribed to them in the Motion.

**ORDERED THAT** the Bankruptcy Case is dismissed pursuant to 11 U.S.C. § 305(a); and it is further

**ORDERED THAT** this Order resolves all pending motions in the Bankruptcy Case; and it is further

**ORDERED THAT** this Order shall be effective immediately upon its entry; and it is further

**ORDERED THAT** for the avoidance of doubt, nothing in this Order shall affect the District Court's ability to grant any relief in the Receivership Case as the District Court may deem appropriate; and it is further

**ORDERED THAT** the Court shall retain jurisdiction over all matters involving the interpretation or enforcement of this Order.

Dated: Feb 24, 2020
Wilmington, Delaware

THE HONORABLE BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

RLF1 22894136v.1