# Notice Recipients

District/Off: 0311−1      User: JillW      Date Created: 2/24/2020
Case: 20−10034−BLS       Form ID: pdfodc   Total: 31

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Carolyn Lachman | lachman.carolyn@pbgc.gov |
| aty | Cory D. Kandestin | kandestin@rlf.com |
| aty | Daniel J. DeFranceschi | defranceschi@rlf.com |
| aty | David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| aty | Diane W. Sanders | austin.bankruptcy@publicans.com |
| aty | Don Stecker | don.stecker@lgbs.com,sanantonio.bankruptcy@publicans.com |
| aty | Helen Elizabeth Weller | dallas.bankruptcy@publicans.com |
| aty | J. Zachary Noble | noble@rlf.com |
| aty | Jeremy William Ryan | jryan@potteranderson.com |
| aty | John Leland Murphree | lmurphree@maynardcooper.com |
| aty | R. Stephen McNeill | bankruptcy@potteranderson.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- adb  Education Corporation of America  c/o John F. Kennedy, Receiver  231 Riverside Drive  Macon, GA 31201
- ptcrd  Monroe Capital Private Credit Fund II LP  Michael Egan, EVP  311 S. Wacker Drive  64th Floor  Chicago, IL 60606
- ptcrd  Reputation Partners LLC  Nick Kalm, Founder & President  30 W. Monroe Street  Suite 1410  Chicago, IL 60603
- ptcrd  BSF Richmond, LP  Rob Bond, Authorized Signatory  350 W. Hubbard Street  Chicago, IL 60654
- cr  Dallas County  Linebarger Goggan Blair & Sampson, LLP  c/o Elizabeth Weller  2777 N. Stemmons Freeway  Suite 1000  Dallas, TX 75207
- cr  Tarrant County  Linebarger Goggan Blair & Sampson, LLP  c/o Elizabeth Weller  2777 N. Stemmons Freeway  Suite 1000  Dallas, TX 75207
- cr  Bexar County  112 E. Pecan St., Suite 2200  San Antonio, TX 78205
- cr  Pension Benefit Guaranty Corporation  Office of the General Counsel  1200 K Street, NW  Suite 340  Washington, DC 20005−4026
- aty  James F. Banter  James−Bates−Brannan−Groover−LLP  231 Riverside Drive  P. O. Box 4283  Macon, GA 31208−4283
- aty  Ollie A. Cleveland, III  Maynard Cooper & Gale  1901 Sixth Avenue North  Regions Harbert Plaza  Suite 2400  Birmingham, AL 35203
- aty  Ryan Thompson  Maynard Cooper & Gale  1901 Sixth Avenue North  Suite 2400  Birmingham, AL 35203
- 14402120  Bexar County  Linebarger Goggan Blair & Sampson, LLP  112 E. Pecan Street, Suite 2200  San Antonio, TX 78205
- 14373782  Bexar County  c/o Don Stecker  112 E. Pecan Stree, Suite 2200  San Antonio, TX 78205
- 14440838  Cameron County  c/o Diane W. Sanders  Linebarger Goggan Blair & Sampson, LLP  P.O. Box 17428  Austin, TX 78760
- 14440836  City of McAllen  c/o Diane W. Sanders  Linebarger Goggan Blair & Sampson, LLP  P.O. Box 17428  Austin, TX 78760
- 14343584  Dallas County  Linebarger Goggan Blair & Sampson, LLP  c/o Elizabeth Weller  2777 N. Stemmons Freeway  Suite 1000  Dallas, TX 75207
- 14440837  Hidalgo County  c/o Diane W. Sanders  Linebarger Goggan Blair & Sampson, LLP  P.O. Box 17428  Austin, TX 78760
- 14440835  Nueces County  c/o Diane W. Sanders  Linebarger Goggan Blair & Sampson, LLP  P.O. Box 17428  Austin, TX 78760
- 14343583  Tarrant County  Linebarger Goggan Blair & Sampson, LLP  c/o Elizabeth Weller  2777 N. Stemmons Freeway  Suite 1000  Dallas, TX 75207

TOTAL: 19